UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF GEORGIA

MACON DIVISION

| | |
|---|---|
| MARTIN J. WALSH, <br> Secretary of Labor, United States <br> Department of Labor, <br>         Petitioner, <br><br> v. <br><br> AMF COMPANIES, LLC d/b/a <br> AMF CONSTRUCTION, <br>         Respondent. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## DECLARATION OF RHONDA BERRIEN

I, Rhonda Berrien, state the following:

1. I am a Wage and Hour Investigator employed by the Wage and Hour Division, U.S. Department of Labor. I work out of the Atlanta District Office. As a part of my job as a Wage and Hour Investigator, I investigate matters arising under various federal statutes including the Fair Labor Standards Act of 1938 (FLSA), 29 U.S.C. § 201, *et seq*.

2. In November of 2021, the Wage and Hour Division began investigating AMF Companies, LLC (hereinafter "AMF Companies") after receiving a complaint from an employee. AMF Companies operates a construction, remodeling and home design business known as AMF Construction. The office location is located in Bibb County, Georgia. Among other things, as part of my investigation I was tasked with determining whether the employees who work for the construction company were covered by the FLSA and whether they were being paid in compliance with the FLSA.

3. As a part of my investigation, I determined that it was necessary to review certain records maintained by AMF Companies. On December 8, 2021, I informally sent a request for records via electronic mail to Mark Ferland, the owner of AMF Companies. On December 14, 2021, I

informally sent a request for records via electronic mail to Alleli Endaya Ferland, the registered agent of AMF Companies, LLC. Documents were not provided in response to these informal requests.

4. On January 12, 2022, Wage and Hour Investigator Yvette Partridge assisted with the case by serving a subpoena upon an office manager working at the AMF Construction office location in Macon, Georgia. The subpoena required AMF Companies to produce documents to the Wage and Hour Division by January 26, 2022. On January 27, 2022, the Wage and Hour Division received a letter from AMF Companies' counsel objecting to the service of the subpoena, and the substance of the subpoena. The letter stated specifically that AMF Companies "will not comply with [the subpoena] unless and until it is ordered to do so by a court of competent jurisdiction." A copy of the subpoena, as well as the return of service signed by Wage and Hour Investigator Partridge, is attached as Exhibit A.

5. On March 25, 2022, a second subpoena, the substance of which mirrored the first subpoena, was personally served upon the owner of AMF Companies, Mark Ferland in Macon, Georgia. This subpoena required AMF Companies to produce documents to the Wage and Hour Division by April 7, 2022. On April 12, 2022, the Wage and Hour Division received another letter from AMF Companies' counsel continuing their objection to the subpoena, while also providing limited payroll records of one (1) employee for the single month of July 2021. Said employee is the individual AMF Companies believes "prompted" the investigation, though no information has been provided by the Wage and Hour Division regarding the initial complaint. A copy of the subpoena, as well as the return of service signed by a process server utilized by the Wage and Hour Division, is attached as Exhibit B.

6. To date, AMF Companies has failed to respond to the subpoena and produce the documents that were requested in the subpoena.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 10th day of May, 2022.

                                                                             */s/ Rhonda Berrien*  
                                                                             Rhonda Berrien  
                                                                             Wage and Hour Investigator  
                                                                             U.S. Department of Labor

# Exhibit A – Administrative Subpoena *Duces Tecum*

# United States of America

## Department of Labor
## Wage and Hour Division

**SUBPOENA DUCES TECUM**

AMF Companies, LLC
d/b/a AMF Construction
Alleli Endaya Ferland, Registered Agent
170 College Street
Macon, GA 31201

*You are hereby required to appear before*
<u>*Assistant District Director* Lisa J. Kelly</u>

*of the* WAGE AND HOUR DIVISION, UNITED STATES DEPARTMENT OF LABOR, at

<u>61 Forsyth Street, SW, Room 7M10
in the City of Atlanta, GA 30303</u>

on the _____ day of _____, 2022, at _____ o'clock _____ m.

of that day, to bring with you and produce at that time and place, books, documents and other tangible things, regarding the wages, hours, and other conditions and practices of employment maintained by AMF Companies, LLC - as specifically described in Attachment # 1 Items 1-8 which is made a part of this subpoena.

**FAIL NOT AT YOUR PERIL**



IN TESTIMONY WHEREOF *I have hereunto affixed my signature and the seal of the* United States Department of Labor at Atlanta, Georgia this ____6____ day of ___January___, 2022.

_____
JUAN G. CORIA
REGIONAL ADMINISTRATOR
WAGE AND HOUR DIVISION
UNITED STATES DEPARTMENT OF LABOR

NOTICE TO WITNESS- If claim is made for witness fee or mileage, this subpoena should accompany voucher.

ADMINISTRATIVE SUBPOENA                                     Attachment #1

**AMF Companies, LLC d/b/a AMF Construction**

(1) Documents sufficient to identify **AMF Companies, LLC**'s gross annual dollar volume of sales for calendar years 2018, 2019, and 2020.

(2) Documents sufficient to identify the names, addresses, and telephone numbers of **AMF Companies, LLC**'s business owners and company officers – including, but not limited to, President, Treasurer, Secretary, Board of Directors and other Corporate Officers – along with a company organization chart, if such a chart is available.

(3) Documents sufficient to identify the legal name of **AMF Companies, LLC** and all other names used by the company (e.g. "Doing Business As" or trade names), date the company location opened, date and State of incorporation, and address of Corporate office and all branch locations.

(4) For the time period of November 19, 2019 through the present, documents sufficient to identify all current and former **AMF Companies, LLC**'s employees, including temporary and permanent employees, and individuals receiving IRS Form 1099-MISC. The term "identify" includes the following information: the workers' full names, complete addresses, (including zip-codes), telephone numbers, email address, titles or occupations, hire dates, termination dates, method of compensation (salary, hourly, etc.) and exemption status.

(5) For the time period of November 19, 2019 through the present, all payroll records reflecting daily or weekly hours worked during each work week, including straight-time and/or overtime compensation paid and additions to or deductions from wages and commission wages, of current and former **AMF Companies, LLC**'s workers. Such payroll records include, but are not limited to: payroll records, time cards, time sheets, sign in logs, work schedules, and all time punch-edit reports showing all adjustments/revisions to time cards, both hard-copy or electronic.

(6) Documents sufficient to identify the birth dates for all employees of **AMF Companies, LLC** under age 18 who worked anytime during the period of November 19, 2019 to the present.

(7) Documents sufficient to identify the hours worked by all persons performing work for **AMF Companies, LLC**, including but not limited to contract documents, payroll and time records of independent contractors or subcontractors receiving IRS Form 1099-MISCs for the period of November 19, 2019 through the present.

(8) Documents sufficient to identify **AMF Companies, LLC**'s Federal Employer Identification Number (FEIN).



# Exhibit B – Administrative Subpoena *Duces Tecum*

# United States of America

## Department of Labor
## Wage and Hour Division

### SUBPOENA DUCES TECUM

AMF Companies, LLC
d/b/a AMF Construction
Alleli Endaya Ferland, Registered Agent
170 College Street
Macon, GA 31201

*You are hereby required to appear before*
*Assistant District Director* Lisa J. Kelly

*of the* WAGE AND HOUR DIVISION, UNITED STATES DEPARTMENT OF LABOR, at

*61 Forsyth Street, SW, Room 7M10*
*in the City of Atlanta, GA 30303*

on the __7th__ day of __April__, 2022, at __10:00__ o'clock __a.__ __m.__

*of that day, to bring with you and produce at that time and place, books, documents and other tangible things, regarding the wages, hours, and other conditions and practices of employment maintained by* AMF Companies, LLC - as specifically described in Attachment # 1 Items 1-8 which is made a part of this subpoena.

**FAIL NOT AT YOUR PERIL**



IN TESTIMONY WHEREOF *I have hereunto affixed my signature and the seal of the* United States Department of Labor at Atlanta, Georgia this __24__ day of __February__, 2022.

JUAN G. CORIA
REGIONAL ADMINISTRATOR
WAGE AND HOUR DIVISION
UNITED STATES DEPARTMENT OF LABOR

NOTICE TO WITNESS- If claim is made for witness fee or mileage, this subpoena should accompany voucher.

ADMINISTRATIVE SUBPOENA                                                                 Attachment #1

**AMF Companies, LLC d/b/a AMF Construction**

(1) Documents sufficient to identify **AMF Companies, LLC's** gross annual dollar volume of sales for calendar years 2018, 2019, and 2020.

(2) Documents sufficient to identify the names, addresses, and telephone numbers of **AMF Companies, LLC's** business owners and company officers – including, but not limited to, President, Treasurer, Secretary, Board of Directors and other Corporate Officers – along with a company organization chart, if such a chart is available.

(3) Documents sufficient to identify the legal name of **AMF Companies, LLC** and all other names used by the company (e.g. "Doing Business As" or trade names), date the company location opened, date and State of incorporation, and address of Corporate office and all branch locations.

(4) For the time period of November 19, 2019 through the present, documents sufficient to identify all current and former **AMF Companies, LLC's** employees, including temporary and permanent employees, and individuals receiving IRS Form 1099-MISC. The term "identify" includes the following information: the workers' full names, complete addresses, (including zip-codes), telephone numbers, email address, titles or occupations, hire dates, termination dates, method of compensation (salary, hourly, etc.) and exemption status.

(5) For the time period of November 19, 2019 through the present, all payroll records reflecting daily or weekly hours worked during each work week, including straight-time and/or overtime compensation paid and additions to or deductions from wages and commission wages, of current and former **AMF Companies, LLC's** workers. Such payroll records include, but are not limited to: payroll records, time cards, time sheets, sign in logs, work schedules, and all time punch-edit reports showing all adjustments/revisions to time cards, both hard-copy or electronic.

(6) Documents sufficient to identify the birth dates for all employees of **AMF Companies, LLC** under age 18 who worked anytime during the period of November 19, 2019 to the present.

(7) Documents sufficient to identify the hours worked by all persons performing work for **AMF Companies, LLC**, including but not limited to contract documents, payroll and time records of independent contractors or subcontractors receiving IRS Form 1099-MISCs for the period of November 19, 2019 through the present.

(8) Documents sufficient to identify **AMF Companies, LLC's** Federal Employer Identification Number (FEIN).

# RETURN OF SERVICE

*I hereby certify that a duplicate original of the within subpoena was duly served (indicated by check method used).*

✓    in person
___   by leaving at principal office
___   or place of business, to wit:

Name of Person receiving Subpoena: __MARK FERLAND__

Date: __3/25/22__

Signature of Person receiving Subpoena: _____

Title: __Owner__

**on the person named herein on**

__March 25, 2022__
(Month, day, year)

__J.W. Downs__  _____
(Name of person making service)

__Process Server__
(Official title)